AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CARLOS LARIOS,<br>on behalf of himself,<br>FLSA Collective Plaintiffs and the Class<br><br>*Plaintiff(s)*<br>v.<br><br>MGD STEWARTS ONE INC. d/b/a STEWART'S,<br>MIKE & CATHY'S SONS, INC. d/b/a STEWART'S<br>and MIKE'S HINSCH'S, MICHAEL MOUDATSOS,<br>and LEE MOUDATSOS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   19cv3357<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MGD STEWARTS ONE INC. d/b/a STEWART'S
8518 Fifth Avenue
Brooklyn, NY 11209


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. LEE, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 6/6/2019                                    /s/Priscilla Bowens
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CARLOS LARIOS, on behalf of himself, FLSA Collective Plaintiffs and the Class<br><br>*Plaintiff(s)*<br>v.<br>MGD STEWARTS ONE INC. d/b/a STEWART'S, MIKE & CATHY'S SONS, INC. d/b/a STEWART'S and MIKE'S HINSCH'S, MICHAEL MOUDATSOS, and LEE MOUDATSOS<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19cv3357<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MIKE & CATHY'S SONS, INC. d/b/a STEWART'S and MIKE'S HINSCH'S
8518 Fifth Avenue
Brooklyn, NY 11209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. LEE, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 6/6/2019 /s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CARLOS LARIOS, on behalf of himself, FLSA Collective Plaintiffs and the Class<br><br>*Plaintiff(s)*<br>v.<br>MGD STEWARTS ONE INC. d/b/a STEWART'S, MIKE & CATHY'S SONS, INC. d/b/a STEWART'S and MIKE'S HINSCH'S, MICHAEL MOUDATSOS, and LEE MOUDATSOS<br><br>*Defendant(s)* | Civil Action No.  19cv3357 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL MOUDATSOS
c/o STEWART'S
8518 Fifth Avenue
Brooklyn, NY 11209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. LEE, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer
*CLERK OF COURT*

Date: 6/6/2019

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CARLOS LARIOS,<br>on behalf of himself,<br>FLSA Collective Plaintiffs and the Class<br><br>*Plaintiff(s)*<br>v.<br><br>MGD STEWARTS ONE INC. d/b/a STEWART'S,<br>MIKE & CATHY'S SONS, INC. d/b/a STEWART'S<br>and MIKE'S HINSCH'S, MICHAEL MOUDATSOS,<br>and LEE MOUDATSOS<br><br>*Defendant(s)* | Civil Action No.   19cv3357 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LEE MOUDATSOS
c/o STEWART'S
8518 Fifth Avenue
Brooklyn, NY 11209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. LEE, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:  6/6/2019                                         /s/Priscilla Bowens
                                                *Signature of Clerk or Deputy Clerk*